IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD D. SWANSON,

        Plaintiff,

    v.

COMMISSIONER, Social Security Administration,

        Defendant.

Case No. 6:15-cv-00455-MA

ORDER

MARSH, Judge.

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,631.26 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorney at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, OR 97401.  There are no costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this **2** day of June, 2016.

                                      */s/ Malcolm F. Marsh*
                                      Malcolm F. Marsh
                                      United States District Judge

1 - ORDER -